NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1192
(Serial No. 78/448,489)


IN RE CENTOCOR, INC.



Brian A. Coleman, Drinker, Biddle & Reath LLP, of Washington, DC, argued for appellant. With him on the brief was Jaye S. Yung.

Christina J. Hieber, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Stephen Walsh, Acting Solicitor, and Mary L. Kelly, Associate Solicitor.

Appealed from: United States Patent and Trademark Office, Trademark Trial and
Appeal Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1192

IN RE CENTOCOR, INC.

# Judgment

ON APPEAL from the    United States Patent and Trademark Office, Trademark Trial and Appeal Board

in CASE NO(S).    78/448,489

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, RADER and MOORE, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>January 8, 2008</u>        <u>/s/ Jan Horbaly</u>
                        Jan Horbaly, Clerk